**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3057 direct
pgarrity@sheppardmullin.com

July 1, 2025

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *Brownell v. Starbucks Coffee Company*, USCA Dkt. No. 25-189

Dear Ms. O'Hagan Wolfe:

We write on behalf of Appellee Starbucks Corporation to inform you that it will not be submitting a brief. Having reviewed the appellant's brief, the issues presented do not involve any motion practice involving Starbucks Corporation but rather between appellant and the district court.

Respectfully submitted,

*s/ Paul W. Garrity*

Paul W. Garrity
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: All counsel by CM/ECF